**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JUDITH A. HARMON | Case No. 19-23480GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>WESTMORELAND COUNTY | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

| | |
|---|---|
| WESTMORELAND COUNTY<br>CLERK OF COURTS<br>2 N MAIN ST #203<br>WESTMORELAND CTY COURTHOUSE<br>GREENSBURG, PA 15601 | Court claim# /Trustee CID# 2 |

The Movant further certifies that on 03/29/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
JUDITH A. HARMON, 229 NAVAJO DRIVE, GREENSBURG, PA  15601

DEBTOR'S COUNSEL:
JUSTIN P SCHANTZ ESQ, LAW CARE, 324 S MAPLE AVE 2ND FL, GREENSBURG, PA  15601

ORIGINAL CREDITOR:
WESTMORELAND COUNTY, CLERK OF COURTS, 2 N MAIN ST #203, WESTMORELAND CTY COURTHOUSE, GREENSBURG, PA  15601

NEW CREDITOR: