# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-23480-GLT |
| Judith A. Harmon | : | Chapter 13 |
| | : | |
| Debtor, | : | |

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    Peoples Natural Gas
                              P.O. Box 6766
                              Pittsburgh, PA 15212-0766

Corrected Address:

    Creditor Name:    Peoples Natural Gas
                              P.O. Box 644760
                              Pittsburgh, PA 15264

October 12, 2022                                          /s/Justin P. Schantz, Esquire
                                                                               Justin P. Schantz, Esquire
                                                                               PA ID 210198
                                                                               David A. Colecchia and Associates
                                                                               Law Care
                                                                               324 S. Maple Ave.
                                                                               Greensburg, PA 15601-3219
                                                                               724-837-2320
                                                                               jschantz@my-lawyers.us