

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

19-23480

DEBTOR(S):

JUDITH A HARMON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $2,368.61

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

PYOD, LLC

Resurgent Capital Services

PO Box 19008

Greenville, SC 29602

(877) 264-5884

DATE:

4/24/2023