IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Joseph Garris<br>　　　　　Debtor, | Case No. 23-20811-CMB<br><br>Chapter 13 |
| Joseph Garris,<br>　　　　　Movant,<br>v.<br><br>Carrington Mortgage Services,<br>　　　　　Respondent | Docket Document No. 60<br>Related to DD No. |

**DECLARATION CONCERNING THE NOTICE OF MORTGAGE PAYMENT CHANGE DATED 08/01/2024**

　　　　　AND NOW Joseph Garris, through attorney David A. Colecchia, files the following Declaration concerning the August 1, 2024 Notice of Mortgage Payment Change by Carrington Mortgage Services.

After review and discussion with the Chapter 13 trustee, even after the escrow increase listed in the Notice the current Plan remains feasible.  Therefore, an Amended Plan is not necessary.

| | |
|---|---|
| Dated:  9/16/2024 | Respectfully Submitted,<br>/s/David A. Colecchia　　　　　　　<br>David A. Colecchia, Esquire<br>Attorney for the Debtor<br>PA.I.D.No. 71830<br>David A. Colecchia and Associates<br>324 South Maple Avenue<br>Greensburg, PA 15601<br>(724)-837-2320<br>colecchia542@comcast.net |