IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:   Judith A. Harmon
            Debtor,

Judith A Harmon,
            Movant,
v.

PNC Bank, N.A,
            Respondent

Case No. 19-23480-GLT

Chapter 13

Docket Document No. 46
Related to DD No.

## DECLARATION CONCERNING THE NOTICE OF MORTGAGE PAYMENT CHANGE DATED 08/14/2024

        AND NOW Judith A. Harmon, through attorney Justin P. Schantz, files the following Declaration concerning the August 14, 2024 Notice of Mortgage Payment Change by PNC Bank, N.A.

After review and discussion with the Chapter 13 trustee, even after the escrow increase listed in the Notice the Trustee has sufficient funds to complete the Chapter 13 Plan.  Therefore, an Amended Plan is not necessary.

Dated:  9/16/2024

Respectfully Submitted,
/s/Justin P. Schantz
Justin P. Schantz, Esquire
Attorney for the Debtor
PA.I.D.No. 210198
David A. Colecchia and Associates
324 South Maple Avenue
Greensburg, PA 15601
(724)-837-2320
jschantz@my-lawyers.us