Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Judith A. Harmon** : | Case No. 19−23480−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 49 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 1/14/26 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this *The 21st of November, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 49 by the Chapter 13 Trustee,

  It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

  (1)  **On or before January 5, 2026**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

  (2)  This Motion is scheduled for hearing on ***January 14, 2026 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

  (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

  (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

Case 19-23480-GLT    Doc 52    Filed 11/23/25    Entered 11/24/25 00:29:57    Desc Imaged
Certificate of Notice    Page 2 of 4
cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Judith A. Harmon  
      Debtor

Case No. 19-23480-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Nov 21, 2025     Form ID: 604     Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith A. Harmon, 229 Navajo Drive, Greensburg, PA 15601-4933 |
| 15116648 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Attn:Collection Center, P. O. Box 14931, Pittsburgh, PA 15234 |
| 15116659 | + | Westmoreland County Clerk of Courts, Courthouse Annex, 2 North Main Street, Greensburg, PA 15601-2405 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2025 01:13:06 | PYOD, LLC, c/o Resurgent Capital Services, Po Box 19008, Greenville, SC 29602-9008 |
| 15116647 | ^ | MEBN | Nov 22 2025 00:40:29 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15116649 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2025 01:18:00 | Commonwealth of PA Dept. of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 15116650 | | Email/Text: llohr@excelahealth.org | Nov 22 2025 01:17:00 | Excela Health Medical Group, 134 Industrial Park Blvd., Suite 1500, Greensburg, PA 15601 |
| 15116651 | | Email/Text: bankruptcy@fncbinc.com | Nov 22 2025 01:17:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89434 |
| 15116652 | | Email/Text: Bankruptcy@FMAAlliance.com | Nov 22 2025 01:17:00 | FMA Alliance, Ltd, 12339 Cutten Road, Houston, TX 77066 |
| 15116653 | | Email/Text: GCSBankruptcy@gcserv.com | Nov 22 2025 01:17:00 | GC Services Limited Partnership, Collection Agency Division, 6330 Gulfton, Houston, TX 77081 |
| 15116654 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 22 2025 01:17:00 | IC System, Attn: Bankruptcy, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 15156556 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2025 01:17:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15116656 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2025 01:17:00 | PNC Mortgage, 3232 Nemark Drive, Miamisburg, OH 45342 |
| 15124112 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2025 01:09:22 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15116655 | ^ | MEBN | Nov 22 2025 00:40:43 | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15144851 | + | Email/Text: bankruptcy@firstenergycorp.com | | |

|  |  | Nov 22 2025 01:18:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| --- | --- | --- | --- |
| 15116658 | + Email/Text: bankruptcy@firstenergycorp.com | Nov 22 2025 01:18:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | MIDFIRST BANK |
| cr |  | PNC BANK NATIONAL ASSOCIATION |
| 15116657 | ##+ | Radiologic Consultants LTD, 717 East Pittsburgh Street, Greensburg, PA 15601-2636 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Justin P. Schantz | on behalf of Debtor Judith A. Harmon jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5