IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Judith A. Harmon,<br>            Debtor, | Bankruptcy No. 19-23480-GLT<br><br>Chapter 13 |
| Judith A. Harmon,<br>            Movant, | Related to Document No. 51<br>Document No. 57 |
|     v. | |
| No Respondents, | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 10, 2019 at docket number 20, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c)(4)(B) by filing a *Certificate of Completion of a Personal Financial Management Course.*

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated:  January 13, 2026        By:    /s/Justin P. Schantz, Esquire_____
                                                          Justin P. Schantz_____
                                                          324 South Maple Avenue, Greensburg, PA 156101___
                                                          jschantz@my-layers.us_____
                                                          724-837-2320_____
                                                          724-837-0602(fax)_____
                                                          PA I.D. 210198_____

**PAWB Local Form 24 (07/13)**