# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-23480-GLT |
| | : | Chapter: | 13 |
| Judith A. Harmon | : | | |
| | : | | |
| | : | Date: | 1/14/2026 |
| *Debtor(s)*. | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**   #49 - Trustee's Motion for Approval of Report of Receipts and
Disbursements - Plan Completed.
[Response due 1/5/2026]
[Certificate of Discharge Eligibility Still due]

#49 - Status Conference Re: Why The Debtor Failed To File
Certification(s) Required For Discharge.

**APPEARANCES**:
  Debtor:    Justin P. Schantz
  Trustee:   Owen Katz

[11:18]
**NOTES:**

Schantz: This was just a mea culpa. We screwed up on this one.

Katz: Trustee is aware of no other issues.

**OUTCOME:**

   1. For the reasons stated on the record at the January 14, 2026 hearing, the *Trustee's Motion for Approval of Report of Receipts and Disbursements* [Dkt. No. 49] is **APPROVED**. The status conference in concluded. [DB to issue proposed order at Dkt. No. 49]

   2. The status conference in concluded. [Text Order]

**DATED:** 1/14/2026