**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Judith A. Harmon <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5179 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–23480–GLT | |

## Order of Discharge                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Judith A. Harmon

1/14/26                                                                                         **By the court:** Gregory L Taddonio
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23480-GLT |
| Judith A. Harmon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 14, 2026 | Form ID: 3180W | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith A. Harmon, 229 Navajo Drive, Greensburg, PA 15601-4933 |
| 15116648 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Attn:Collection Center, P. O. Box 14931, Pittsburgh, PA 15234 |
| 15116659 | + | Westmoreland County Clerk of Courts, Courthouse Annex, 2 North Main Street, Greensburg, PA 15601-2405 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 15 2026 05:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 15 2026 05:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 00:31:45 | PYOD, LLC, c/o Resurgent Capital Services, Po Box 19008, Greenville, SC 29602-9008 |
| 15116647 | ^ | MEBN | Jan 15 2026 00:18:12 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15116649 | | EDI: PENNDEPTREV | Jan 15 2026 05:12:00 | Commonwealth of PA Dept. of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 15116650 | | Email/Text: llohr@excelahealth.org | Jan 15 2026 00:26:00 | Excela Health Medical Group, 134 Industrial Park Blvd., Suite 1500, Greensburg, PA 15601 |
| 15116651 | | Email/Text: bankruptcy@fncbinc.com | Jan 15 2026 00:26:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89434 |
| 15116652 | | Email/Text: Bankruptcy@FMAAlliance.com | Jan 15 2026 00:26:00 | FMA Alliance, Ltd, 12339 Cutten Road, Houston, TX 77066 |
| 15116653 | | Email/Text: GCSBankruptcy@gcserv.com | Jan 15 2026 00:26:00 | GC Services Limited Partnership, Collection Agency Division, 6330 Gulfton, Houston, TX 77081 |
| 15116654 | + | EDI: LCIICSYSTEM | Jan 15 2026 05:12:00 | IC System, Attn: Bankruptcy, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 15156556 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 15 2026 00:26:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15116656 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 15 2026 00:26:00 | PNC Mortgage, 3232 Nemark Drive, Miamisburg, |

Case 19-23480-GLT    Doc 63    Filed 01/16/26    Entered 01/17/26 00:34:39    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 3180W | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| | | | | OH 45342 |
| 15124112 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 00:31:30 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15116655 | + Email/Text: ebnpeoples@grblaw.com | Jan 15 2026 00:27:00 | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15144851 | + Email/Text: bankruptcy@firstenergycorp.com | Jan 15 2026 00:27:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15116658 | + Email/Text: bankruptcy@firstenergycorp.com | Jan 15 2026 00:27:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1817 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15116657 | ##+ | Radiologic Consultants LTD, 717 East Pittsburgh Street, Greensburg, PA 15601-2636 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2026           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Justin P. Schantz | on behalf of Debtor Judith A. Harmon jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6