IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/14/26 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JUDITH A. HARMON

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:19-23480

Chapter 13

Related to Docket No. 49

ORDER OF COURT

AND NOW, this _____ 14th Day of January, 2026 upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23480-GLT |
| Judith A. Harmon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 14, 2026 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith A. Harmon, 229 Navajo Drive, Greensburg, PA 15601-4933 |
| 15116648 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Attn:Collection Center, P. O. Box 14931, Pittsburgh, PA 15234 |
| 15116659 | + | Westmoreland County Clerk of Courts, Courthouse Annex, 2 North Main Street, Greensburg, PA 15601-2405 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 00:31:45 | PYOD, LLC, c/o Resurgent Capital Services, Po Box 19008, Greenville, SC 29602-9008 |
| 15116647 | ^ | MEBN | Jan 15 2026 00:18:11 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15116649 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 15 2026 00:27:00 | Commonwealth of PA Dept. of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 15116650 | | Email/Text: llohr@excelahealth.org | Jan 15 2026 00:26:00 | Excela Health Medical Group, 134 Industrial Park Blvd., Suite 1500, Greensburg, PA 15601 |
| 15116651 | | Email/Text: bankruptcy@fncbinc.com | Jan 15 2026 00:26:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89434 |
| 15116652 | | Email/Text: Bankruptcy@FMAAlliance.com | Jan 15 2026 00:26:00 | FMA Alliance, Ltd, 12339 Cutten Road, Houston, TX 77066 |
| 15116653 | | Email/Text: GCSBankruptcy@gcserv.com | Jan 15 2026 00:26:00 | GC Services Limited Partnership, Collection Agency Division, 6330 Gulfton, Houston, TX 77081 |
| 15116654 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 15 2026 00:26:00 | IC System, Attn: Bankruptcy, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 15156556 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 15 2026 00:26:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15116656 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 15 2026 00:26:00 | PNC Mortgage, 3232 Nemark Drive, Miamisburg, OH 45342 |
| 15124112 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 00:43:37 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15116655 | + | Email/Text: ebnpeoples@grblaw.com | Jan 15 2026 00:27:00 | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15144851 | + | Email/Text: bankruptcy@firstenergycorp.com | | |

| | | | | |
|---|---|---|---|---|
| | | Jan 15 2026 00:27:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 | |
| 15116658 | + Email/Text: bankruptcy@firstenergycorp.com | | | |
| | | Jan 15 2026 00:27:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1817 | |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15116657 | ##+ | Radiologic Consultants LTD, 717 East Pittsburgh Street, Greensburg, PA 15601-2636 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Justin P. Schantz | on behalf of Debtor Judith A. Harmon jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6